# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:                                    )
Kenneth Paul Olsen,                       )    Bankruptcy No. 12-20273
                                          )    Chapter 7
         Debtor.                          )
                                          )    Judge Donald R. Cassling

## NOTICE OF MOTION

TO:    See Attached Service List

**PLEASE TAKE NOTICE** that on **August 8, 2014,** at the hour of **10:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Donald R. Cassling or before any other judge sitting in his place and stead in Courtroom 240 of the Kane County Courthouse, 100 South Third, Geneva, Illinois, and shall then and there present the attached **Application of InnovaLaw, P.C. for Final Allowance of Compensation and Reimbursement of Expenses as Counsel for Trustee David E. Grochocinski**, a copy of which is hereby served upon you.

                              Kathleen M. McGuire
                              InnovaLaw, P.C.
                              1900 Ravinia Place
                              Orland Park IL  60462
                              Tel. (708) 675-1975
                              Fax:  (708) 675-1786

## CERTIFICATE OF SERVICE

I, Kathleen M. McGuire, an attorney, certify that I caused a copy of the foregoing Notice and Motion to be served on the parties listed on the attached service list by electronic notice through the CM/ECF filing system, or by first class mail by depositing same with the United States Postal Service, Orland Park, Illinois, postage prepaid, prior to 5:00 P.M., this 17th day of July, 2014.

                              /s/ Kathleen M. McGuire

**In re – Olsen, 12-20273**
**Service List**

Service through the CM/ECF filing system:

Office of the United States Trustee: USTPRegion11.ES.ECF@usdoj.gov
Gina B. Krol: gkrol@cohenandkrol.com, pmchugh@cohenandkrol.com,
gkrol@ecf.epiqsystems.com, pmchugh@cohenandkrol.com
E. Philip Groben: pgroben@cohenandkrol.com
Michael D. Lee: mlee@srcattorneys.com
David A. Newby: dnewby@comananderson.com, ejurgenson@comananderson.com
Michael A. O'Brien: mobrien@obrienlawoffices.com, pdunne@obrienlawoffices.com

Service by U.S. Mail:

Kenneth Paul Olsen
1792 Sjogren Ct.
Wheaton, IL  60189

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| Kenneth Paul Olsen, | ) | Bankruptcy No. 12-20273 |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | Judge Donald R. Cassling |

**COVER SHEET FOR APPLICATION FOR FINAL**
**ALLOWANCE OF PROFESSIONAL COMPENSATION**

Name of Applicant:            InnovaLaw, P.C.

Authorized to Provide
Professional Services to:     David E. Grochocinski, as initial trustee for the chapter 7 estate of Kenneth Paul Olsen

Date of Order
Authorizing Employment:       September 14, 2012, effective August 23, 2012

Period for Which
Compensation Is Sought:       August 23, 2012 through July 11, 2014

Amount of Fees Sought:        $8,655.00
Amount of Expense
Reimbursement Sought:         $77.36

This is an         Interim Application ____        Final Application __X__

If this is <u>not</u> the first application filed herein by this professional, disclose all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| None. | | | | None. |

Date: July 17, 2014                         By: __/s/ Kathleen M. McGuire

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| Kenneth Paul Olsen, ) | Bankruptcy No. 12-20273 |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | Judge Donald R. Cassling |

**APPLICATION OF INNOVALAW, P.C. FOR FINAL ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR
TRUSTEE DAVID E. GROCHOCINSKI**

Now comes Kathleen M. McGuire and InnovaLaw, P.C. (collectively, the "Applicant"), counsel for David E. Grochocinski, the initial chapter 7 trustee (the "Initial Trustee") of the bankruptcy estate (the "Estate") of Debtor Kenneth Paul Olsen. (the "Debtor"), and pursuant to 11 U.S.C. § 330 and Fed. R. Bankr. P. 2016, submits this First and Final Application for Allowance of Compensation and Reimbursement of Expenses (the "Application") for professional services rendered as attorneys to the Initial Trustee.

**Background**

1. On May 17, 2012, the Debtor commenced this case by filing a voluntary petition for relief under chapter 7 of the Bankruptcy Code.

2. On September 14, 2012, the Court entered an order authorizing the retention of Applicant as attorneys for the Initial Trustee, effective August 23, 2012 (the "Retention Order"). A copy of the Retention Order is attached hereto as Exhibit A.

3. On April 16, 2014, the Initial Trustee resigned and Gina B. Krol was appointed successor trustee (the "Successor Trustee").

4. Before the Initial Trustee's resignation, Applicant expended substantial time and

resources in rendering legal services to the Initial Trustee.

5.  This is Applicant's first and final request for compensation as attorneys for the Initial Trustee. Applicant has not previously received any compensation in this case.

### Services Rendered and Amount Requested

6.  Between August 23, 2012 and July 11, 2014 (the "Application Period"), Applicant expended 29.8 hours of time in providing services to the Initial Trustee. Applicant requests total compensation of $8,655.00 for its services at its customary billing rates as follows:

| Attorney or Paralegal | Hours | Total |
|---|---|---|
| David E. Grochocinski (DEG) | 6.4 | $2,802.50 |
| Ariane Holtschlag (AH) | 12.7 | $3,810.00 |
| Kathleen M. McGuire (KMM) | 4.0 | $1,540.00 |
| Kristine Hubert (KH) | 1.5 | $112.50 |
| Gricel Cardoza (GC) | 1.5 | $112.50 |
| Gricel Cardoza Gonzalez (GG) | 3.7 | $277.50 |
| Total: | 29.8 | $8,655.00 |

7.  The legal services provided by Applicant were in the following categories:

(i). <u>General Administration</u>: Applicant expended 9.1 hours in connection with the administration of the estate. Work in this category included the preparation and presentation of motions to employ professionals, including accountants, an auctioneer, a real estate broker and counsel to represent the estate. Applicant also spent time preparing an application to pay interim compensation to the estate's accountant. Time charges in this category include 1.5 hours of work on this fee petition.

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| DEG | 1.8 | $450.00 | $810.00 |
| AH | .9 | $300.00 | $270.00 |
| GG | 3.7 | $75.00 | $277.50 |
| KH | 1.5 | $75.00 | $112.50 |
| GC | 1.2 | $75.00 | $90.00 |
| Total: | 9.1 | | $1,560.00 |

(ii). <u>Sales of Property</u>: Applicant expended 12.7 hours in connection with sales of property

owned by the Debtor. Work in this category included clearing title and the preparation and presentation of a motion to sell a 2002 Jeep Wrangler at auction. Applicant also expended time in connection with the marketing and sale of a real property located in Yorkville, Illinois. Because the Debtor and his non-debtor spouse were co-owners of the property, Applicant procured her consent to sell the property without the filing of an adversary proceeding. Applicant also dealt with the Debtor's spouse's claims for reimbursement for post-petition maintenance of the property. Work in this category also included the preparation of documents needed for the closing of the real estate transaction, attendance at the closing, and preparation and presentation of the sale motion.

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| AH | 7.8 | $300.00 | $2,340.00 |
| DEG | 1.5 | $450.00 | $675.00 |
| DEG | 3.1 | $425.00 | $1,317.50 |
| GC | .3 | $75.00 | $22.50 |
| Total: | 12.7 | | $4,355.00 |

(iii). Turnover of Funds: Applicant expended 4.0 hours in the preparation and presentation of a motion for turnover of funds from the Community Bank of Glen Ellyn and in arrangements to effect the turnover.

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| AH | 4.0 | $300.00 | $1,200.00 |
| Total: | 4.0 | | $1,200.00 |

(iv). Fraudulent Transfer Claim: Applicant expended 4.0 hours in the investigation of a potential fraudulent transfer claim against the Debtor's spouse. The Successor Trustee has filed an adversary proceeding to avoid that transfer.

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| KMM | 4.0 | $385.00 | $1,540.00 |
| Total: | 4.0 | | $1,540.00 |

8.      A detailed summary of Applicant's services during the Application Period and related charges for those services is attached hereto as Exhibit B.

9.      All fees for which allowance is sought were incurred in connection with Applicant's representation of the Initial Trustee and were reasonable and necessary to effectively assist the Initial Trustee in the administration of the Debtor's estate.

10.     Expenses. Attached to this application as Exhibit C is an itemized statement of the

actual and necessary expenses incurred by Applicant during the period August 23, 2012 through July 11, 2014, and for which reimbursement is sought.  Those expenses, which total $77.36, were actually and necessarily incurred in order to assist the Initial Trustee in his administration of the Estate.

11. Applicant seeks allowance of its fees and expenses as a chapter 7 administrative expense under 11 U.S.C. § 503(b), payable as funds are available to do so in the discretion of the Successor Trustee.

## Other Disclosures under Fed. R. Bankr. P. 2016

12. At all times during Applicant's representation of the Initial Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to the matters on which Applicant was employed.

13. No agreement or understanding exists between Applicant and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with the case, other than compensation that has been or will be approved by the Court upon the applications of other professionals employed to represent the Initial Trustee in this case.

## InnovaLaw, P.C. Biographical Information

David E. Grochocinski was appointed to the private panel of bankruptcy trustees for the Northern District of Illinois in 1984, and he served in that capacity until his resignation in April 2014.  Besides serving as a panel trustee, Mr. Grochocinski had extensive experience in representing other trustees, debtors and creditors in consumer and commercial bankruptcies, and in non–bankruptcy workouts.  Mr. Grochocinski graduated with honors from John Marshall Law School in 1976, and he was admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois.  Mr. Grochocinski was also a member of the

Northern District of Illinois Trial Bar.

Arianne Holtschlag, a former Innova associate, graduated from the University of Iowa School of Law in 2007, and has devoted most of her practice to bankruptcy law since that time. Ms. Holtschlag is admitted to practice in the State of Illinois and the United States District Courts for the Northern and Central Districts of Illinois, as well as the Trial Bar of the Northern District of Illinois.  Ms. Holtschlag is the author of several articles published in the American Bankruptcy Journal, and she frequently lectures on bankruptcy-related topics.

Kathleen M. McGuire graduated with honors from IIT Chicago-Kent College of Law in 1988, and she has practiced exclusively in the fields of bankruptcy and federal civil litigation since that time.   Ms. McGuire is admitted to practice in the State of Illinois and the United State District Courts for the Northern and Central Districts of Illinois, as well as the Trial Bar of the Northern District of Illinois.   Between 1988 and 2004, Ms. McGuire served as a law clerk to a number of judges in the Bankruptcy Court and District Court.   In private practice, she has represented chapter 7 trustees, debtors and creditors in a wide variety of matters in the Bankruptcy Court and in appeals to the District Court.  Before receiving her law degree, Ms. McGuire practiced as a certified public accountant.

Gricel Cardoza Gonzalez and Kristine Hubert are or were paralegals with InnovaLaw, P.C. Both Ms. Gonzalez and Ms. Hubert hold degrees in paralegal studies and have substantial training and experience in bankruptcy matters.

### **Conclusion**

Kathleen M. McGuire and InnovaLaw, P.C. request that the Court enter an order allowing a final award of professional compensation in the amount of $8,655.00 and reimbursement of expenses of $77.36, payable as an administrative expense under 11 U.S.C. § 503(b) as funds are available to do so in the discretion of the Successor Trustee.

                    Respectfully submitted,
                    InnovaLaw, P.C.

                    By: /s/  Kathleen M. McGuire
                          One of the attorneys for Initial Trustee
                          David E. Grochocinski

Kathleen M. McGuire
InnovaLaw, P.C.
1900 Ravinia Place
Orland Park, IL  60462
Tel: (708) 675-1975
Fax: (708) 675-1786