# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| OLSEN, KENNETH | § | Case No. 12-20273 DRC |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on      . The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $____, and now requests reimbursement for expenses of $____, for total expenses of $_____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/GINA B. KROL_____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 12-20273 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | OLSEN, KENNETH | | | Date Filed (f) or Converted (c): | 05/17/12 (f) |
| | | | | 341(a) Meeting Date: | 08/21/12 |
| For Period Ending: | 05/04/15 | | | Claims Bar Date: | 01/14/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1792 Sjogren Ct. Wheaton, IL 60189 | 231,650.00 | 0.00 | | 0.00 | FA |
| 2. 54 Kingmoor Lane Yorkville, IL | 107,250.00 | 107,250.00 | | 200,000.00 | FA |
| 3. Cabin in Norway joint interest with T. Drager, subject to ownership laws in Norway, requiring permission by Norwegian government for foreigner ownership. Can only be sold on agreement and T. Drager has exclusive right to conduct sale. Cannot be sold on open market except by agreement. | 0.00 | 0.00 | | 0.00 | FA |
| 4. Community Bank of Glen Ellyn xxx8207 | 46,193.00 | 49,266.05 | | 49,266.05 | FA |
| 5. TCF Bank xxxx8067 | 1,156.00 | 0.00 | | 0.00 | FA |
| 6. Den Norske Bank xxx6687 (NOK 11,682) | 1,054.50 | 0.00 | | 0.00 | FA |
| 7. Scottrade brokerage account xxx713 | 75.00 | 0.00 | | 0.00 | FA |
| 8. Living room furniture, couch $150; piano (25 y/o upright) $50; 2 chairs $50; 2 tables $50; CD player $50; dining room furniture $50; family room furniture and counch $150; TV and stand $100; 2 chairs and 2 hassocks $100; book stands $150; 30 y/o stereo $50; Bedroom furniture $100; 2 chairs $100; 2 dressers $100; 2 beds $100; foosball table $50; 2 old basement couches $100; River house: 2 futons $100; table $50; 2 beds $100, dresser $20. | 810.00 | 0.00 | | 0.00 | FA |
| 9. Misc. books $200; misc. pictures $100 | 150.00 | 0.00 | | 0.00 | FA |
| 10. Typical clothing for adult man | 500.00 | 0.00 | | 0.00 | FA |
| 11. Wedding band | 100.00 | 0.00 | | 0.00 | FA |
| 12. 2 bikes $60; 2 sets cross county skis and boots $200; 2 lawnmowers $100; 2 cameras $50; ping pong table $20; 2 tents $50; sleeping bag $20 | 250.00 | 0.00 | | 0.00 | FA |
| 13. Federal Kemper Life Assurance Company insurance policy term life - no cash value | 0.00 | 0.00 | | 0.00 | FA |
| 14. Roth IRA Community Bank - Wheaton/Glen Ellyn | 18,200.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 12-20273 | DRC | Judge: Donald R. Cassling |
|---|---|---|---|
| Case Name: | OLSEN, KENNETH | | |

| Trustee Name: | GINA B. KROL |
|---|---|
| Date Filed (f) or Converted (c): | 05/17/12 (f) |
| 341(a) Meeting Date: | 08/21/12 |
| Claims Bar Date: | 01/14/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 3195xxxx | | | | | |
| 15. Van Male Realty Co., Inc. | 405.00 | 0.00 | | 0.00 | FA |
| 16. River and Benton, membership interest "diluted" out for not filling capital calls | 0.00 | 0.00 | | 0.00 | FA |
| 17. River Street Lofts 10% membership interest | 0.00 | 0.00 | | 0.00 | FA |
| 18. 328 Gale LLC 48% membership interest entity owned an industrial park | 0.00 | 0.00 | | 0.00 | FA |
| 19. $75,000 Personal loan to 328 Gale LLC Not not collectible | 0.00 | 0.00 | | 0.00 | FA |
| 20. Greg Ford - 3 loans totaling $500,000 likely uncollectable/largely uncollectable | 500,000.00 | 0.00 | | 0.00 | FA |
| 21. Rev. Robin Jones $16,000 note, partially paid | 0.00 | 0.00 | | 0.00 | FA |
| 22. Potential 2011 tax refund | 0.00 | 0.00 | | 0.00 | FA |
| 23. Possible claims for unpaid rents against former tenants of building(s) which used to be owned by business entities in which Debtor had an interest. Likely uncollectible. | 0.00 | 0.00 | | 0.00 | FA |
| 24. Class Action suit settlement on stocks sold years earlier, likely uncollectable or only nominal value | 0.00 | 0.00 | | 0.00 | FA |
| 25. 2010 VW Passat 26,800 miles | 17,500.00 | 0.00 | | 0.00 | FA |
| 26. 2002 Jeep Wrangler 53,000 miles, rough shape | 10,000.00 | 8,000.00 | | 8,000.00 | FA |
| 27. canoe | 100.00 | 0.00 | | 0.00 | FA |
| 28. TRANSFER BY DEBTOR OF INTERSET IN REAL ESTATE TO (u) WIFE | Unknown | Unknown | | 150,000.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $935,393.50 | $164,516.05 | | $407,266.05 | $0.00 |

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 4)*                                                                  Ver: 18.04

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 3

Exhibit A

| Case No: | 12-20273 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- | --- |
| Case Name: | OLSEN, KENNETH | | | Date Filed (f) or Converted (c): | 05/17/12 (f) |
| | | | | 341(a) Meeting Date: | 08/21/12 |
| | | | | Claims Bar Date: | 01/14/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Successor Trustee filed fraudulent conveyance litigation against Debtor's spouse. Litigation is ongoing.

October 20, 2014, 04:29 pm

Initial Projected Date of Final Report (TFR): 06/30/15     Current Projected Date of Final Report (TFR): 12/31/15

/s/     GINA B. KROL
_____     Date: 05/04/15
        GINA B. KROL

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 12-20273 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | OLSEN, KENNETH | | Bank Name: | Green Bank |
| | | | Account Number / CD #: | *******7301 Checking Account |
| Taxpayer ID No: | *******9079 | | | |
| For Period Ending: | 05/04/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/11/12 | 4 | KENNETH OLSEN | BALANCE OF CHECKING ACCOUNT | 1129-000 | 47,663.26 | | 47,663.26 |
| 10/24/12 | 4 | KENNETH OLSEN | TURNOVER OF BANK ACCCOUNT BALANCE | 1129-000 | 1,602.79 | | 49,266.05 |
| 10/31/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX  77098 | Bank Service Fee | 2600-000 | | 50.20 | 49,215.85 |
| 11/30/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX  77098 | Bank Service Fee | 2600-000 | | 81.98 | 49,133.87 |
| 12/18/12 | 2 | CHICAGO TITLE & TRUST CO<br>1795 W STATE STREET<br>GENEVA, IL  60134 | SALE OF REAL PROPERTY | | 88,132.39 | | 137,266.26 |
| | 2 | | Memo Amount:          200,000.00 | 1110-000 | | | |
| | | | Memo Amount:     (      3,789.87 )<br>2011 REDEMPTION/KANE COUNTY CLERK | 2820-000 | | | |
| | | | Memo Amount:     (     88,132.40 )<br>NON-FILING SPOUSE/DONNA OLSEN | 8500-000 | | | |
| | | | Memo Amount:     (      4,850.00 )<br>SWANSON REAL ESTATE | 3510-000 | | | |
| | | | Memo Amount:     (      5,150.00 )<br>CENTUR 21 PRO-TEAM | 3510-000 | | | |
| | | | Memo Amount:     (      1,673.45 )<br>REIMBURSEMENT FOR UTILITIES TO DONNA OLSEN | 2500-000 | | | |
| | | | Memo Amount:     (      2,045.50 )<br>TILE INSURANCE/CLOSING FEES/ETC/CHICAGO TITLE | 2500-000 | | | |
| | | | Memo Amount:     (        300.00 )<br>TRANSFER TAX | 2820-000 | | | |
| | | | Memo Amount:     (      5,926.39 )<br>2012 REAL ESTATE TAXES | 2820-000 | | | |

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-20273 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | OLSEN, KENNETH | | Bank Name: | Green Bank |
| | | | Account Number / CD #: | *******7301 Checking Account |
| Taxpayer ID No: | *******9079 | | | |
| For Period Ending: | 05/04/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/18/12 | 003001 | UPS<br>LOCKBOX 577<br>CAROL STREAM, IL  601320577 | OVERNIGHT DELIVERY CHARGES<br>2990-000        $-21.28 | 2990-000 | | 21.28 | 137,244.98 |
| 12/31/12 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 133.80 | 137,111.18 |
| 01/25/13 | 26 | AMERICAN AUCTION ASSOC, INC.<br>8515 S THOMAS AVENUE<br>BRIDGEVIEW, IL  60455 | SALE OF JEEP | 1129-000 | 8,000.00 | | 145,111.18 |
| 01/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 222.92 | 144,888.26 |
| 02/21/13 | 003002 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA  70139 | Bond#016026455<br>2300-000        $-129.68 | 2300-000 | | 129.68 | 144,758.58 |
| 02/28/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 211.16 | 144,547.42 |
| 03/29/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 233.25 | 144,314.17 |
| 04/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 225.36 | 144,088.81 |
| 05/30/13 | 003003 | Scott Horewitch Pidgeon & Abrams, LLC | Interim Compensation per 05/24/13 | 3410-000 | | 2,144.00 | 141,944.81 |

FORM 2

Page: 3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-20273 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | OLSEN, KENNETH | Bank Name: | Green Bank |
| | | Account Number / CD #: | *******7301 Checking Account |
| Taxpayer ID No: | *******9079 | | |
| For Period Ending: | 05/04/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 2150 E Lake Cook Road Suite 560 Buffalo Grove, IL 60089 | Order 3410-000 $-2,144.00 | | | | |
| 05/31/13 | | Green Bank | Bank Service Fee | 2600-000 | | 247.51 | 141,697.30 |
| | | US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | | | | | |
| 06/28/13 | | Green Bank | Bank Service Fee | 2600-000 | | 206.64 | 141,490.66 |
| | | US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | | | | | |
| 07/15/13 | 003004 | American Auction Associates, Inc. 8515 S. Thomas Avenue Bridgeview, IL 60455 | Expenses for sale of Jeep on 1/19/13 3620-000 $-480.12 | 3620-000 | | 480.12 | 141,010.54 |
| 07/31/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | 228.12 | 140,782.42 |
| 08/30/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | 241.83 | 140,540.59 |
| 09/30/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | 204.84 | 140,335.75 |
| 10/31/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | 226.45 | 140,109.30 |
| 11/29/13 | | Green Bank | Bank Service Fee | 2600-000 | | 226.09 | 139,883.21 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*

LFORM2T4

Ver: 18.04

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit B

| Case No: | 12-20273 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | OLSEN, KENNETH | | Bank Name: | Green Bank |
| | | | Account Number / CD #: | *******7301  Checking Account |
| Taxpayer ID No: | *******9079 | | | |
| For Period Ending: | 05/04/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/31/13 | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092<br>Green Bank | Bank Service Fee | 2600-000 | | 218.44 | 139,664.77 |
| 01/31/14 | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092<br>Green Bank | Bank Service Fee | 2600-000 | | 239.91 | 139,424.86 |
| 02/28/14 | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092<br>Green Bank | Bank Service Fee | 2600-000 | | 203.21 | 139,221.65 |
| 03/31/14 | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092<br>Green Bank | Bank Service Fee | 2600-000 | | 210.16 | 139,011.49 |
| 04/02/14 | 003005 | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092<br>INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA  70139 | Blanket bond #016026455  2/01/14<br>to 2/10/15<br>          2300-000       $-115.36 | 2300-000 | | 115.36 | 138,896.13 |
| 04/28/14 | | Green Bank | Technology Fee | 2600-000 | | 166.33 | 138,729.80 |
| 05/06/14 | | Transfer to Acct #*******0907 | Bank Funds Transfer | 9999-000 | | 138,729.80 | 0.00 |

FORM 2

Page: 5

Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 12-20273 -DRC |
| Case Name: | OLSEN, KENNETH |
| Taxpayer ID No: | *******9079 |
| For Period Ending: | 05/04/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | Green Bank |
| Account Number / CD #: | *******7301  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| | | Account *******7301 | Balance Forward | 0.00 |
| | | 4 | Deposits | 145,398.44 |
| | | 0 | Interest Postings | 0.00 |
| Memo Allocation Receipts: | 200,000.00 | | | |
| Memo Allocation Disbursements: | 111,867.61 | | Subtotal | $ 145,398.44 |
| Memo Allocation Net: | 88,132.39 | 0 | Adjustments In | 0.00 |
| | | 0 | Transfers In | 0.00 |
| | | | Total | $ 145,398.44 |

| | | |
|---|---|---|
| 5 | Checks | 2,890.44 |
| 19 | Adjustments Out | 3,778.20 |
| 1 | Transfers Out | 138,729.80 |
| | Total | $ 145,398.44 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

LFORM2T4

Ver: 18.04

FORM 2

Page: 6

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 12-20273 -DRC | |
| Case Name: | OLSEN, KENNETH | |
| Taxpayer ID No: | *******9079 | |
| For Period Ending: | 05/04/15 | |

| | | |
|---|---|---|
| Trustee Name: | GINA B. KROL | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******0907  Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/06/14 | | Transfer from Acct #*******7301 | Bank Funds Transfer | 9999-000 | 138,729.80 | | 138,729.80 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.95 | 138,709.85 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 206.17 | 138,503.68 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 199.27 | 138,304.41 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 205.63 | 138,098.78 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 205.32 | 137,893.46 |
| * 09/22/14 | 030001 | InnovaLaw PC<br>15020 Ravinia Place<br>Suite 29<br>Orland Park, IL 60462 | Attorneys' Fees Per Court Order | 3210-003 | | 8,655.00 | 129,238.46 |
| 09/22/14 | 030002 | InnovaLaw PC<br>15020 Ravinia Place<br>Suite 29<br>Orland Park, IL 60462 | Attorneys' Expenses Per Court Order | 3220-000 | | 77.36 | 129,161.10 |
| * 10/01/14 | 030001 | InnovaLaw PC<br>15020 Ravinia Place<br>Suite 29<br>Orland Park, IL 60462 | Attorneys' Fees Per Court Order<br>Issued in incorrect amount | 3210-003 | | -8,655.00 | 137,816.10 |
| 10/01/14 | 030003 | InnovaLaw PC<br>15020 Ravinia Place<br>Suite 29<br>Orland Park, IL 60462 | Attorneys' Fees Per Court Order<br>Replaces check #30001 | 3210-000 | | 6,905.00 | 130,911.10 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 198.41 | 130,712.69 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 195.00 | 130,517.69 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 187.79 | 130,329.90 |
| 01/08/15 | 28 | Donna Olsen | Settlement | 1241-000 | 150,000.00 | | 280,329.90 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 193.75 | 280,136.15 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 366.09 | 279,770.06 |
| 02/10/15 | 030004 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street | | 2300-000 | | 159.88 | 279,610.18 |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

LFORM2T4

Ver: 18.04

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-20273 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | OLSEN, KENNETH | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0907  Checking Account |
| Taxpayer ID No: | *******9079 | | | |
| For Period Ending: | 05/04/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Room 965 New York, NY  10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 375.59 | 279,234.59 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 415.12 | 278,819.47 |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| | | Account *******0907 | Balance Forward | 0.00 | | | |
| | | | 1  Deposits | 150,000.00 | 5  Checks | 7,142.24 | |
| | | | 0  Interest Postings | 0.00 | 12  Adjustments Out | 2,768.09 | |
| Memo Allocation Receipts: | 0.00 | | | | 0  Transfers Out | 0.00 | |
| Memo Allocation Disbursements: | 0.00 | | Subtotal | $ 150,000.00 | | | |
| | | | | | Total | $ 9,910.33 | |
| Memo Allocation Net: | 0.00 | | 0  Adjustments In | 0.00 | | | |
| | | | 1  Transfers In | 138,729.80 | | | |
| | | | Total | $ 288,729.80 | | | |

| | | Report Totals | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|---|
| | | | 5  Deposits | 295,398.44 | 10  Checks | 10,032.68 | |
| | | | 0  Interest Postings | 0.00 | 31  Adjustments Out | 6,546.29 | |
| Total Allocation Receipts: | 200,000.00 | | | | 1  Transfers Out | 138,729.80 | |
| Total Allocation Disbursements: | 111,867.61 | | Subtotal | $ 295,398.44 | | | |
| | | | | | Total | $ 155,308.77 | |
| Total Memo Allocation Net: | 88,132.39 | | 0  Adjustments In | 0.00 | | | |
| | | | 1  Transfers In | 138,729.80 | | | |
| | | | Total | $ 434,128.24 | Net Total Balance | $ 278,819.47 | |

/s/   GINA B. KROL

Trustee's Signature: _____   Date: 05/04/15
                    GINA B. KROL

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 18, 2015 |
|---|---|---|---|---|---|---|

Case Number:   12-20273      **Priority Sequence**
Debtor Name:   OLSEN, KENNETH                                      Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3991-00 | David E. Grochocinski | Administrative | | $0.00 | $9,009.96 | $9,009.96 |
| 001<br>3110-00 | Cohen & Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $11,582.50 | $11,582.50 |
| 001<br>3120-00 | Cohen & Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $23.42 | $23.42 |
| 001<br>2700-00 | Clerk of US Bankruptcy Court<br>219 S. Dearborn Street<br>7th Floor<br>Chicago, IL 60604 | Administrative | | $0.00 | $293.00 | $293.00 |
| 200<br>2100-00 | Gina B. Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $9,009.96 | $9,009.96 |
| 1<br>610<br>7100-00 | Frank L. DiLeonardo Jr. Trust<br>c/o Michael D. Lee<br>130 East Randolph Street, Suite 3800<br>Chicago, IL 60601 | Unsecured | | $0.00 | $423,800.00 | $423,800.00 |
| 2<br>610<br>7100-00 | Heartland Bank and Trust Company<br>c/o O'Brien Law Offices, P.C.<br>124A South County Farm Road<br>Wheaton, IL 60187 | Unsecured | (2-1) Money loaned. See attached Guaranties and Statements. | $0.00 | $1,334,262.23 | $1,334,262.23 |
| BOND<br>999<br>2300-00 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY 10165 | Administrative | | $0.00 | $159.88 | $159.88 |
| | Case Totals: | | | $0.00 | $1,788,140.95 | $1,788,140.95 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-20273 DRC
Case Name: OLSEN, KENNETH
Trustee Name: GINA B. KROL

    Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Successor Trustee Fees: GINA B. KROL | $ | $ | $ |
| Attorney for Trustee Fees: Cohen & Krol | $ | $ | $ |
| Charges: Clerk of US Bankruptcy Court | $ | $ | $ |
| Other: Adams Levine Surety Bond Agency | $ | $ | $ |
| Original Trustee Fees Other: David E. Grochocinski | $ | $ | $ |
| Other: Cohen & Krol | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____

    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Frank L. DiLeonardo Jr. Trust<br>c/o Michael D. Lee<br>130 East Randolph Street, Suite 3800<br>Chicago, IL  60601 | $ | $ | $ |
| 2 | Heartland Bank and Trust Company<br>c/o O'Brien Law Offices, P.C.<br>124A South County Farm Road<br>Wheaton, IL  60187 | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance                              $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid _pro_ _rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE