**UNITED STATES BANKRUPTCY COURT**

NORTHERN  DISTRICT OF  ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| OLSEN, KENNETH | § | Case No. 12-20273 DRC |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   JEFFREY P. ALLSTEADT
   219 S. Dearborn Street
   Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 06/12/2015 in Courtroom 241,
   Kane County Courthouse
   100 S. Third Street
   Geneva, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/18/2015              By: JEFFREY P. ALLSTEADT
                                         Clerk of US Bankruptcy Court


*GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
OLSEN, KENNETH § Case No. 12-20273 DRC
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 407,266.05 |
| and approved disbursements of | $ | 128,446.58 |
| leaving a balance on hand of[1] | $ | 278,819.47 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Successor Trustee Fees: GINA B. KROL | $ 9,009.96 | $ 0.00 | $ 9,009.96 |
| Attorney for Trustee Fees: Cohen & Krol | $ 11,582.50 | $ 0.00 | $ 11,582.50 |
| Charges: Clerk of US Bankruptcy Court | $ 293.00 | $ 0.00 | $ 293.00 |
| Other: Adams Levine Surety Bond Agency | $ 159.88 | $ 159.88 | $ 0.00 |
| Original Trustee Fees Other: David E. Grochocinski | $ 9,009.96 | $ 0.00 | $ 9,009.96 |
| Other: Cohen & Krol | $ 23.42 | $ 0.00 | $ 23.42 |
| Total to be paid for chapter 7 administrative expenses | | $ | 29,918.84 |
| Remaining Balance | | $ | 248,900.63 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,758,062.23  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Frank L. DiLeonardo Jr. Trust<br>c/o Michael D. Lee<br>130 East Randolph Street, Suite 3800<br>Chicago, IL  60601 | $ 423,800.00 | $ 0.00 | $ 60,000.20 |
| 2 | Heartland Bank and Trust Company<br>c/o O'Brien Law Offices, P.C.<br>124A South County Farm Road<br>Wheaton, IL  60187 | $ 1,334,262.23 | $ 0.00 | $ 188,900.43 |
| | Total to be paid to timely general unsecured creditors | | | $ 248,900.63 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-20273-DRC
Kenneth Paul Olsen                                                      Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: dgomez                 Page 1 of 2                  Date Rcvd: May 20, 2015
                                Form ID: pdf006              Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2015.
```
db         +Kenneth Paul Olsen,    1792 Sjogren Ct.,    Wheaton, IL 60189-8482
18926245   +Arlene Kuiken,    6325 W. Honey Ln.,    Tinley Park, IL 60477-2936
19043743   +Brad Weber,    PO Box 186,    Wayne, IL 60184-0186
18926246   +Bradley, Wil and Brenda,     612 S. Beverly,    Wheaton, IL 60187-4518
18926247   +Brenda Bradley,    1355 Paramount Pkwy.,    Batavia, IL 60510-1460
18926248   +Brenda Bradley,    612 S. Beverly,    Wheaton, IL 60187-4518
18926249    Citizens First Bank,    c/o O'Brien Law Office, PC,    129A South County Farm Rd.,
             Wheaton, IL 60187
18926250   +Citizens First National Bank,     c/o O'Brien Law Offices, PC,    124A S. County Farm Rd.,
             Wheaton, IL 60187-4596
18926251   +David Allen,    1831 Kandahar Ct.,    Wheaton, IL 60189-2414
18926252   +David J. Allen,    c/o Kenneth Hoch,    101 Hamilton St.,    Geneva, IL 60134-2272
18926253   +Deborah Strand,    92 Johnson Woods Dr.,    Batavia, IL 60510-3123
18926254   +DiLeonardo, Frank Jr. Trust,    c/o Schuyler Roche & Chrisham PC,    130 E. Randolph St.,
             Chicago, IL 60601-6207
18926255   +Donna Olsen,    1792 Sjogren Ct.,    Wheaton, IL 60189-8482
18963346   +Frank L. DiLeonardo Jr. Trust,     c/o Michael D. Lee,    130 East Randolph Street, Suite 3800,
             Chicago, IL 60601-6317
18926256   +Harris Bank,    c/o Chapman & Cutler, LLP,    111 W. Monroe St.,   Chicago, IL 60603-4095
20004841   +Heartland Bank and Trust Company,    c/o O'Brien Law Offices, P.C.,
             124A South County Farm Road,    Wheaton, IL 60187-4596
18926257   +Joseph Vantreese,    92 Johnson Woods Dr.,    Batavia, IL 60510-3123
18926258   +Kuiken, Robert,    6325 W. Honey Ln.,    Tinley Park, IL 60477-2936
18926259   +River & Benton, LLC,    c/o Vincent Tessitore,    8 E Galena Blvd., Ste. 304,
             Aurora, IL 60506-4193
18926260   +Robert Allan,    c/o Michael Navigato,    2580 Foxfield Rd.,    Saint Charles, IL 60174-1403
18926261    Robert Dore,    41W807 Highwood Ct.,    Elburn, IL 60119
18926262   +Robert Kuiken,    6325 W. Honey Lane,    Tinley Park, IL 60477-2936
18926263   +Steven Ruffalo,    440 W. Randolph St.,    Ste. 500,    Chicago, IL 60606-1554
18926264   +TCF National Bank,    800 Burr Ridge Parkway,    Burr Ridge, IL 60527-0865
18926266   +TWK Properties,    c/o David W. Schopp,    320 N. Lake St.,    Aurora, IL 60506-4119
18926265   #+Timothy Tatum,    7736 U.S. Rt. 34,    Yorkville, IL 60560-9513
18926268    Weber, Brad,    33W963 Fletcher Rd.,    Wayne, IL 60184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18926267       E-mail/Text: vci.bkcy@vwcredit.com May 21 2015 00:52:53     Volkswagen Credit,    P.O. Box 3,
             Hillsboro, OR 97123
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2015                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2015 at the address(es) listed below:
```
              David A. Newby    on behalf of Debtor Kenneth Paul Olsen dnewby@comanderson.com,
               lholub@comanderson.com
              David A. Newby    on behalf of Defendant Donna E.  Olsen dnewby@comanderson.com,
               lholub@comanderson.com
              David E Grochocinski    on behalf of Auctioneer    American Auction Associate, Inc
               lawyers@innovalaw.com, lawyers@innovalaw.com
```

```
District/off: 0752-1          User: dgomez              Page 2 of 2           Date Rcvd: May 20, 2015
                              Form ID: pdf006           Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      David E Grochocinski   on behalf of Accountant Alan Horewitch lawyers@innovalaw.com, lawyers@innovalaw.com

      E. Philip Groben   on behalf of Plaintiff Gina B. Krol pgroben@cohenandkrol.com, trotman@cohenandkrol.com;jneiman@cohenandkrol.com

      E. Philip Groben   on behalf of Trustee Gina B Krol pgroben@cohenandkrol.com, trotman@cohenandkrol.com;jneiman@cohenandkrol.com

      Gina B Krol   gkrol@cohenandkrol.com, gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com

      Gina B Krol   on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com, gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com

      Joseph E Cohen   jcohen@cohenandkrol.com, jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com

      Kathleen M. McGuire   on behalf of Attorney InnovaLaw, P.C. kathleenmmcguirelaw@gmail.com, kmmcguirelaw@sbcglobal.net,lawyers@innovalaw.com,khubert@innovalaw.com

      Michael A O'Brien   on behalf of Creditor Heartland Bank and Trust Company, as Successor in Interest to Citizens First National Bank mobrien@obrienlawoffices.com, pdunne@obrienlawoffices.com

      Michael A O'Brien   on behalf of Creditor Citizens First National Bank mobrien@obrienlawoffices.com, pdunne@obrienlawoffices.com

      Michael D. Lee   on behalf of Creditor Frank L. DiLeonardo, Jr. Trust mlee@srcattorneys.com

      Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

                                                                                                       TOTAL: 14