UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re: §
§
OLSEN, KENNETH § Case No. 12-20273 DRC
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 516,815.00 *(Without deducting any secured claims)* | Assets Exempt: 256,750.00 |
| Total Distributions to Claimants: 248,900.63 | Claims Discharged Without Payment: 3,158,691.60 |
| Total Expenses of Administration: 70,233.02 | |

3) Total gross receipts of $ 407,266.05  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 88,132.40  (see **Exhibit 2**), yielded net receipts of $ 319,133.65  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 13,207.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 70,233.02 | 70,233.02 | 70,233.02 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,977,730.00 | 1,758,062.23 | 1,758,062.23 | 248,900.63 |
| **TOTAL DISBURSEMENTS** | $ 2,990,937.00 | $ 1,828,295.25 | $ 1,828,295.25 | $ 319,133.65 |

    4) This case was originally filed under chapter 7 on 05/17/2012. The case was pending for 41 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/30/2015            By:/s/GINA B. KROL
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 54 Kingmoor Lane Yorkville, IL | 1110-000 | 200,000.00 |
| Community Bank of Glen Ellyn xxx8207 | 1129-000 | 49,266.05 |
| 2002 Jeep Wrangler 53,000 miles, rough shape | 1129-000 | 8,000.00 |
| TRANSFER BY DEBTOR OF INTERSET IN REAL ESTATE TO | 1241-000 | 150,000.00 |
| TOTAL GROSS RECEIPTS | | $ 407,266.05 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | Non-Estate Funds Paid to Third Parties | 8500-000 | 88,132.40 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 88,132.40 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | TCF National Bank 800 Burr Ridge Parkway Burr Ridge, IL 60527 | | 0.00 | NA | NA | 0.00 |
| | Volkswagen Credit P.O. Box 3 Hillsboro, OR 97123 | | 13,207.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 13,207.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 9,009.96 | 9,009.96 | 9,009.96 |
| ADAMS LEVINE SURETY BOND AGENCY | 2300-000 | NA | 159.88 | 159.88 | 159.88 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 245.04 | 245.04 | 245.04 |
| REIMBURSEMENT FOR UTILITIES TO | 2500-000 | NA | 1,673.45 | 1,673.45 | 1,673.45 |
| TILE INSURANCE/CLOSING | 2500-000 | NA | 2,045.50 | 2,045.50 | 2,045.50 |
| ASSOCIATED BANK | 2600-000 | NA | 2,768.09 | 2,768.09 | 2,768.09 |
| Green Bank | 2600-000 | NA | 3,778.20 | 3,778.20 | 3,778.20 |
| CLERK OF US BANKRUPTCY COURT | 2700-000 | NA | 293.00 | 293.00 | 293.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 2011 REDEMPTION/KANE COUNTY CLERK | 2820-000 | NA | 3,789.87 | 3,789.87 | 3,789.87 |
| 2012 REAL ESTATE TAXES | 2820-000 | NA | 5,926.39 | 5,926.39 | 5,926.39 |
| TRANSFER TAX | 2820-000 | NA | 300.00 | 300.00 | 300.00 |
| UPS | 2990-000 | NA | 21.28 | 21.28 | 21.28 |
| COHEN & KROL | 3110-000 | NA | 7,721.66 | 7,721.66 | 7,721.66 |
| GINA B. KROL | 3110-000 | NA | 3,860.84 | 3,860.84 | 3,860.84 |
| COHEN & KROL | 3120-000 | NA | 23.42 | 23.42 | 23.42 |
| INNOVALAW PC | 3210-000 | NA | 6,905.00 | 6,905.00 | 6,905.00 |
| INNOVALAW PC | 3220-000 | NA | 77.36 | 77.36 | 77.36 |
| Scott Horewitch Pidgeon & Abrams, L | 3410-000 | NA | 2,144.00 | 2,144.00 | 2,144.00 |
| CENTUR 21 PRO-TEAM | 3510-000 | NA | 5,150.00 | 5,150.00 | 5,150.00 |
| SWANSON REAL ESTATE | 3510-000 | NA | 4,850.00 | 4,850.00 | 4,850.00 |
| American Auction Associates, Inc. | 3620-000 | NA | 480.12 | 480.12 | 480.12 |
| DAVID E. GROCHOCINSKI | 3991-000 | NA | 9,009.96 | 9,009.96 | 9,009.96 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 70,233.02 | $ 70,233.02 | $ 70,233.02 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bradley, Wil and Brenda 612 S. Beverly Wheaton, IL 60187 | | 0.00 | NA | NA | 0.00 |
| | Citizens First Bank c/o O'Brien Law Office, PC 129A South County Farm Rd. Wheaton, IL 60187 | | 276,334.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citizens First National Bank c/o O'Brien Law Offices, PC 124A S. County Farm Rd. Wheaton, IL 60187 | | 75,600.00 | NA | NA | 0.00 |
| | Harris Bank c/o Chapman & Cutler, LLP 111 W. Monroe St. Chicago, IL 60603 | | 1,005,374.00 | NA | NA | 0.00 |
| | Weber, Brad 33W963 Fletcher Rd. Wayne, IL 60184 | | 292,222.00 | NA | NA | 0.00 |
| 1 | FRANK L. DILEONARDO JR. TRUST | 7100-000 | 423,800.00 | 423,800.00 | 423,800.00 | 60,000.20 |
| 2 | HEARTLAND BANK AND TRUST COMPANY | 7100-000 | 904,400.00 | 1,334,262.23 | 1,334,262.23 | 188,900.43 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 2,977,730.00 | $ 1,758,062.23 | $ 1,758,062.23 | $ 248,900.63 |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-20273 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | OLSEN, KENNETH | | | Date Filed (f) or Converted (c): | 05/17/12 (f) |
| | | | | 341(a) Meeting Date: | 08/21/12 |
| For Period Ending: | 09/30/15 | | | Claims Bar Date: | 01/14/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1792 Sjogren Ct. Wheaton, IL 60189 | 231,650.00 | 0.00 | | 0.00 | FA |
| 2. 54 Kingmoor Lane Yorkville, IL | 107,250.00 | 107,250.00 | | 200,000.00 | FA |
| 3. Cabin in Norway joint interest with T. Drager, subject to ownership laws in Norway, requiring permission by Norwegian government for foreigner ownership. Can only be sold on agreement and T. Drager has exclusive right to conduct sale. Cannot be sold on open market except by agreement. | 0.00 | 0.00 | | 0.00 | FA |
| 4. Community Bank of Glen Ellyn xxx8207 | 46,193.00 | 49,266.05 | | 49,266.05 | FA |
| 5. TCF Bank xxxx8067 | 1,156.00 | 0.00 | | 0.00 | FA |
| 6. Den Norske Bank xxx6687 (NOK 11,682) | 1,054.50 | 0.00 | | 0.00 | FA |
| 7. Scottrade brokerage account xxx713 | 75.00 | 0.00 | | 0.00 | FA |
| 8. Living room furniture, couch $150; piano (25 y/o upright) $50; 2 chairs $50; 2 tables $50; CD player $50; dining room furniture $50; family room furniture and counch $150; TV and stand $100; 2 chairs and 2 hassocks $100; book stands $150; 30 y/o stereo $50; Bedroom furniture $100; 2 chairs $100; 2 dressers $100; 2 beds $100; foosball table $50; 2 old basement couches $100; River house: 2 futons $100; table $50; 2 beds $100, dresser $20. | 810.00 | 0.00 | | 0.00 | FA |
| 9. Misc. books $200; misc. pictures $100 | 150.00 | 0.00 | | 0.00 | FA |
| 10. Typical clothing for adult man | 500.00 | 0.00 | | 0.00 | FA |
| 11. Wedding band | 100.00 | 0.00 | | 0.00 | FA |
| 12. 2 bikes $60; 2 sets cross county skis and boots $200; 2 lawnmowers $100; 2 cameras $50; ping pong table $20; 2 tents $50; sleeping bag $20 | 250.00 | 0.00 | | 0.00 | FA |
| 13. Federal Kemper Life Assurance Company insurance policy term life - no cash value | 0.00 | 0.00 | | 0.00 | FA |
| 14. Roth IRA Community Bank - Wheaton/Glen Ellyn | 18,200.00 | 0.00 | | 0.00 | FA |

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Ver: 18.05

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| Case No: | 12-20273 | DRC | Judge: Donald R. Cassling |
|---|---|---|---|
| Case Name: | OLSEN, KENNETH | | |

| Trustee Name: | GINA B. KROL |
|---|---|
| Date Filed (f) or Converted (c): | 05/17/12 (f) |
| 341(a) Meeting Date: | 08/21/12 |
| Claims Bar Date: | 01/14/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 3195xxxx | | | | | |
| 15. Van Male Realty Co., Inc. | 405.00 | 0.00 | | 0.00 | FA |
| 16. River and Benton, membership interest "diluted" out for not filling capital calls | 0.00 | 0.00 | | 0.00 | FA |
| 17. River Street Lofts 10% membership interest | 0.00 | 0.00 | | 0.00 | FA |
| 18. 328 Gale LLC 48% membership interest entity owned an industrial park | 0.00 | 0.00 | | 0.00 | FA |
| 19. $75,000 Personal loan to 328 Gale LLC Not not collectible | 0.00 | 0.00 | | 0.00 | FA |
| 20. Greg Ford - 3 loans totaling $500,000 likely uncollectable/largely uncollectable | 500,000.00 | 0.00 | | 0.00 | FA |
| 21. Rev. Robin Jones $16,000 note, partially paid | 0.00 | 0.00 | | 0.00 | FA |
| 22. Potential 2011 tax refund | 0.00 | 0.00 | | 0.00 | FA |
| 23. Possible claims for unpaid rents against former tenants of building(s) which used to be owned by business entities in which Debtor had an interest. Likely uncollectible. | 0.00 | 0.00 | | 0.00 | FA |
| 24. Class Action suit settlement on stocks sold years earlier, likely uncollectable or only nominal value | 0.00 | 0.00 | | 0.00 | FA |
| 25. 2010 VW Passat 26,800 miles | 17,500.00 | 0.00 | | 0.00 | FA |
| 26. 2002 Jeep Wrangler 53,000 miles, rough shape | 10,000.00 | 8,000.00 | | 8,000.00 | FA |
| 27. canoe | 100.00 | 0.00 | | 0.00 | FA |
| 28. TRANSFER BY DEBTOR OF INTEREST IN REAL ESTATE TO (u) WIFE | Unknown | Unknown | | 150,000.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)    $935,393.50    $164,516.05        $407,266.05    $0.00

LFORM1
**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

Ver: 18.05

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

Exhibit 8

| Case No: | 12-20273 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | OLSEN, KENNETH | | | Date Filed (f) or Converted (c): | 05/17/12 (f) |
| | | | | 341(a) Meeting Date: | 08/21/12 |
| | | | | Claims Bar Date: | 01/14/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____
Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR submitted for review
May 07, 2015, 11:13 am

Successor Trustee filed fraudulent conveyance litigation against Debtor's spouse. Litigation is ongoing.
October 20, 2014, 04:29 pm

Initial Projected Date of Final Report (TFR): 06/30/15      Current Projected Date of Final Report (TFR): 12/31/15

    /s/   GINA B. KROL
_____  Date: 09/30/15
    GINA B. KROL

FORM 2     Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 12-20273 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | OLSEN, KENNETH | Bank Name: | Green Bank |
| | | Account Number / CD #: | *******7301 Checking Account |
| Taxpayer ID No: | *******9079 | | |
| For Period Ending: | 09/30/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/11/12 | 4 | KENNETH OLSEN | BALANCE OF CHECKING ACCOUNT | 1129-000 | 47,663.26 | | 47,663.26 |
| 10/24/12 | 4 | KENNETH OLSEN | TURNOVER OF BANK ACCCOUNT BALANCE | 1129-000 | 1,602.79 | | 49,266.05 |
| 10/31/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX 77098 | Bank Service Fee | 2600-000 | | 50.20 | 49,215.85 |
| 11/30/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX 77098 | Bank Service Fee | 2600-000 | | 81.98 | 49,133.87 |
| 12/18/12 | 2 | CHICAGO TITLE & TRUST CO<br>1795 W STATE STREET<br>GENEVA, IL 60134 | SALE OF REAL PROPERTY | | 88,132.39 | | 137,266.26 |
| | 2 | | Memo Amount:    200,000.00 | 1110-000 | | | |
| | | | Memo Amount:    ( 3,789.87 )<br>2011 REDEMPTION/KANE COUNTY CLERK | 2820-000 | | | |
| | | | Memo Amount:    ( 88,132.40 )<br>NON-FILING SPOUSE/DONNA OLSEN | 8500-000 | | | |
| | | | Memo Amount:    ( 4,850.00 )<br>SWANSON REAL ESTATE | 3510-000 | | | |
| | | | Memo Amount:    ( 5,150.00 )<br>CENTUR 21 PRO-TEAM | 3510-000 | | | |
| | | | Memo Amount:    ( 1,673.45 )<br>REIMBURSEMENT FOR UTILITIES TO DONNA OLSEN | 2500-000 | | | |
| | | | Memo Amount:    ( 2,045.50 )<br>TILE INSURANCE/CLOSING FEES/ETC/CHICAGO TITLE | 2500-000 | | | |
| | | | Memo Amount:    ( 300.00 )<br>TRANSFER TAX | 2820-000 | | | |
| | | | Memo Amount:    ( 5,926.39 )<br>2012 REAL ESTATE TAXES | 2820-000 | | | |

FORM 2     Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**    Exhibit 9

| Case No: | 12-20273 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | OLSEN, KENNETH | Bank Name: | Green Bank |
|  |  | Account Number / CD #: | *******7301 Checking Account |
| Taxpayer ID No: | *******9079 |  |  |
| For Period Ending: | 09/30/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/18/12 | 003001 | UPS<br>LOCKBOX 577<br>CAROL STREAM, IL 601320577 | OVERNIGHT DELIVERY CHARGES<br>2990-000     $-21.28 | 2990-000 |  | 21.28 | 137,244.98 |
| 12/31/12 |  | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 |  | 133.80 | 137,111.18 |
| 01/25/13 | 26 | AMERICAN AUCTION ASSOC, INC.<br>8515 S THOMAS AVENUE<br>BRIDGEVIEW, IL 60455 | SALE OF JEEP | 1129-000 | 8,000.00 |  | 145,111.18 |
| 01/31/13 |  | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 |  | 222.92 | 144,888.26 |
| 02/21/13 | 003002 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA 70139 | Bond#016026455<br>2300-000     $-129.68 | 2300-000 |  | 129.68 | 144,758.58 |
| 02/28/13 |  | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 |  | 211.16 | 144,547.42 |
| 03/29/13 |  | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 |  | 233.25 | 144,314.17 |
| 04/30/13 |  | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 |  | 225.36 | 144,088.81 |
| 05/30/13 | 003003 | Scott Horewitch Pidgeon & Abrams, LLC | Interim Compensation per 05/24/13 | 3410-000 |  | 2,144.00 | 141,944.81 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-20273 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | OLSEN, KENNETH | | Bank Name: | Green Bank |
| | | | Account Number / CD #: | *******7301 Checking Account |
| Taxpayer ID No: | *******9079 | | | |
| For Period Ending: | 09/30/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 2150 E Lake Cook Road Suite 560 Buffalo Grove, IL 60089 | Order    3410-000    $-2,144.00 | | | | |
| 05/31/13 | | Green Bank | Bank Service Fee | 2600-000 | | 247.51 | 141,697.30 |
| | | US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | | | | | |
| 06/28/13 | | Green Bank | Bank Service Fee | 2600-000 | | 206.64 | 141,490.66 |
| | | US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | | | | | |
| 07/15/13 | 003004 | American Auction Associates, Inc. 8515 S. Thomas Avenue Bridgeview, IL 60455 | Expenses for sale of Jeep on 1/19/13    3620-000    $-480.12 | 3620-000 | | 480.12 | 141,010.54 |
| 07/31/13 | | Green Bank | Bank Service Fee | 2600-000 | | 228.12 | 140,782.42 |
| | | US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | | | | | |
| 08/30/13 | | Green Bank | Bank Service Fee | 2600-000 | | 241.83 | 140,540.59 |
| | | US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | | | | | |
| 09/30/13 | | Green Bank | Bank Service Fee | 2600-000 | | 204.84 | 140,335.75 |
| | | US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | | | | | |
| 10/31/13 | | Green Bank | Bank Service Fee | 2600-000 | | 226.45 | 140,109.30 |
| | | US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | | | | | |
| 11/29/13 | | Green Bank | Bank Service Fee | 2600-000 | | 226.09 | 139,883.21 |

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-20273 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | OLSEN, KENNETH | Bank Name: | Green Bank |
| | | Account Number / CD #: | *******7301  Checking Account |
| Taxpayer ID No: | *******9079 | | |
| For Period Ending: | 09/30/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/31/13 | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092<br>Green Bank | Bank Service Fee | 2600-000 | | 218.44 | 139,664.77 |
| 01/31/14 | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092<br>Green Bank | Bank Service Fee | 2600-000 | | 239.91 | 139,424.86 |
| 02/28/14 | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092<br>Green Bank | Bank Service Fee | 2600-000 | | 203.21 | 139,221.65 |
| 03/31/14 | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092<br>Green Bank | Bank Service Fee | 2600-000 | | 210.16 | 139,011.49 |
| 04/02/14 | 003005 | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092<br>INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA  70139 | Blanket bond #016026455  2/01/14<br>to 2/10/15<br>           2300-000       $-115.36 | 2300-000 | | 115.36 | 138,896.13 |
| 04/28/14 | | Green Bank | Technology Fee | 2600-000 | | 166.33 | 138,729.80 |
| 05/06/14 | | Transfer to Acct #*******0907 | Bank Funds Transfer | 9999-000 | | 138,729.80 | 0.00 |

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 12-20273 -DRC |
| Case Name: | OLSEN, KENNETH |
| Taxpayer ID No: | *******9079 |
| For Period Ending: | 09/30/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | Green Bank |
| Account Number / CD #: | *******7301  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | |
|---|---|---|
| Memo Allocation Receipts: | 200,000.00 | |
| Memo Allocation Disbursements: | 111,867.61 | |
| Memo Allocation Net: | 88,132.39 | |

Account *******7301

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 4 | Deposits | 145,398.44 | 5 | Checks | 2,890.44 |
| 0 | Interest Postings | 0.00 | 19 | Adjustments Out | 3,778.20 |
| | | | 1 | Transfers Out | 138,729.80 |
| | Subtotal | $ 145,398.44 | | | |
| | | | | Total | $ 145,398.44 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 145,398.44 | | | |

LFORM2T4

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Ver: 18.05

FORM 2 Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 12-20273 -DRC | Trustee Name: GINA B. KROL |
| Case Name: OLSEN, KENNETH | Bank Name: ASSOCIATED BANK |
| | Account Number / CD #: *******0907 Checking Account |
| Taxpayer ID No: *******9079 | |
| For Period Ending: 09/30/15 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/06/14 | | Transfer from Acct #*******7301 | Bank Funds Transfer | 9999-000 | 138,729.80 | | 138,729.80 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.95 | 138,709.85 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 206.17 | 138,503.68 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 199.27 | 138,304.41 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 205.63 | 138,098.78 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 205.32 | 137,893.46 |
| * 09/22/14 | 030001 | InnovaLaw PC<br>15020 Ravinia Place<br>Suite 29<br>Orland Park, IL 60462 | Attorneys' Fees Per Court Order | 3210-003 | | 8,655.00 | 129,238.46 |
| 09/22/14 | 030002 | InnovaLaw PC<br>15020 Ravinia Place<br>Suite 29<br>Orland Park, IL 60462 | Attorneys' Expenses Per Court Order | 3220-000 | | 77.36 | 129,161.10 |
| * 10/01/14 | 030001 | InnovaLaw PC<br>15020 Ravinia Place<br>Suite 29<br>Orland Park, IL 60462 | Attorneys' Fees Per Court Order<br>Issued in incorrect amount | 3210-003 | | -8,655.00 | 137,816.10 |
| 10/01/14 | 030003 | InnovaLaw PC<br>15020 Ravinia Place<br>Suite 29<br>Orland Park, IL 60462 | Attorneys' Fees Per Court Order<br>Replaces check #30001 | 3210-000 | | 6,905.00 | 130,911.10 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 198.41 | 130,712.69 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 195.00 | 130,517.69 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 187.79 | 130,329.90 |
| 01/08/15 | 28 | Donna Olsen | Settlement | 1241-000 | 150,000.00 | | 280,329.90 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 193.75 | 280,136.15 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 366.09 | 279,770.06 |
| 02/10/15 | 030004 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street | | 2300-000 | | 159.88 | 279,610.18 |

FORM 2

Page: 7

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-20273 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | OLSEN, KENNETH | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0907 Checking Account |
| Taxpayer ID No: | *******9079 | | | |
| For Period Ending: | 09/30/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Room 965 New York, NY 10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 375.59 | 279,234.59 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 415.12 | 278,819.47 |
| 06/12/15 | 030005 | David E. Grochocinski | Final Distribution Trustee's Fees | 3991-000 | | 9,009.96 | 269,809.51 |
| 06/12/15 | 030006 | Cohen & Krol 105 W. Madison St. Suite 1100 Chicago, IL 60602 | Final Distribution Attorneys Fees | 3110-000 | | 7,721.66 | 262,087.85 |
| 06/12/15 | 030007 | Cohen & Krol 105 W. Madison St. Suite 1100 Chicago, IL 60602 | Final Distribution Attorneys Expenses | 3120-000 | | 23.42 | 262,064.43 |
| 06/12/15 | 030008 | Clerk of US Bankruptcy Court 219 S. Dearborn Street 7th Floor Chicago, IL 60604 | Final Distribution Deferred Adversary Fee | 2700-000 | | 293.00 | 261,771.43 |
| 06/12/15 | 030009 | Gina B. Krol | Final Distribution Attorneys Fees | 3110-000 | | 3,860.84 | 257,910.59 |
| 06/12/15 | 030010 | Gina B. Krol 105 W. Madison St. Suite 1100 Chicago, IL 60602 | Final Distribution | 2100-000 | | 9,009.96 | 248,900.63 |
| 06/12/15 | 030011 | Frank L. DiLeonardo Jr. Trust c/o Michael D. Lee 130 East Randolph Street, Suite 3800 Chicago, IL 60601 | Final Distribution | 7100-000 | | 60,000.20 | 188,900.43 |
| 06/12/15 | 030012 | Heartland Bank and Trust Company c/o O'Brien Law Offices, P.C. 124A South County Farm Road | Final Distribution | 7100-000 | | 188,900.43 | 0.00 |

FORM 2

Page: 8

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 12-20273 -DRC |
| Case Name: | OLSEN, KENNETH |
| Taxpayer ID No: | *******9079 |
| For Period Ending: | 09/30/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0907  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Wheaton, IL  60187 | | | | |

```
                                    Account *******0907      Balance Forward        0.00
                                                          1  Deposits         150,000.00    13  Checks           285,961.71
                                                          0  Interest Postings       0.00    12  Adjustments Out    2,768.09
Memo Allocation Receipts:           0.00                                                      0  Transfers Out          0.00
Memo Allocation Disbursements:      0.00                     Subtotal       $  150,000.00
                                                                                                    Total    $  288,729.80
                                                          0  Adjustments In         0.00
Memo Allocation Net:                0.00                  1  Transfers In    138,729.80

                                                             Total          $  288,729.80


                                    Report Totals            Balance Forward        0.00
                                                          5  Deposits         295,398.44    18  Checks           288,852.15
                                                          0  Interest Postings       0.00    31  Adjustments Out    6,546.29
Total Allocation Receipts:    200,000.00                                                      1  Transfers Out    138,729.80
Total Allocation Disbursements: 111,867.61                   Subtotal       $  295,398.44
                                                                                                    Total    $  434,128.24
                                                          0  Adjustments In         0.00
Total Memo Allocation Net:     88,132.39                  1  Transfers In    138,729.80

                                                             Total          $  434,128.24         Net Total Balance   $    0.00
```

                    /s/   GINA B. KROL
Trustee's Signature: _____  Date: 09/30/15
                          GINA B. KROL

LFORM2T4  UST Form 101-7-TDR (10/1/2010) (Page: 18)                                                                       Ver: 18.05